**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Gary Ridenour, M.D., et al.<br><br>　　　　　　Defendants. | 3:19-CR-00043-RCJ-CLB<br><br>**ORDER TO DISMISS INDICTMENT AGAINST GARY RIDENOUR, M.D. WITH PREJUDICE** |

　　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses with prejudice the Indictment against Defendant Gary Ridenour, M.D. Defendant passed away on July 22, 2020.

　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Andolyn Johnson*
　　　　　　　　　　　　　　　　　　ANDOLYN JOHNSON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　Leave of Court is granted for the filing of the above dismissal.

　　　DATED this 13th day of October, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ROBERT C. JONES
　　　　　　　　　　　　　　　　　　United States District Judge